## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DONNA MARIE PRICE,

               Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (SCHOOL DISTRICT OF
PHILADELPHIA),

               Respondent

:   No. 53 EAL 2016
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.